UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Plaintiff, v. JIMMY NELSON, et al., Defendants. | Civil No. 11-32-ART **JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that:

(1) **JUDGMENT** is entered in favor of Plaintiff Nationwide Mutual Fire Insurance Company and against Defendants Jimmy and Tawana Nelson, declaring that Jimmy and Tawana Nelson are not entitled to benefits under insurance policy number 63 16 HO 352921 for the specific loss at issue in this case.

(2) This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This the 14th of December, 2012.



Signed By:
Amul R. Thapar  AT
United States District Judge